## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| v. | :  Civil No. |
| | : |
| $128,510.25 SEIZED FROM TD BANK | : |
| SAVINGS ACCOUNT NUMBER XXXXXX6112 | : |
| HELD IN THE NAME OF DENNIS J. TONDALO | : |
| AND WANDA A. TONDALO, | : |
| | : |
| $61,594.70 SEIZED FROM TD BANK | : |
| SAVINGS ACCOUNT NUMBER XXXXXX1157 | : |
| HELD IN THE NAME OF DENNIS J. TONDALO | : |
| AND WANDA A. TONDALO, | : |
| | : |
| $6,311.09 SEIZED FROM TD BANK | : |
| SAVINGS ACCOUNT NUMBER XXXXXX5236 | : |
| HELD IN THE NAME OF DENNIS J. TONDALO | : |
| AND TINA WATROUS, | : |
| | : |
| $6,285.31 SEIZED FROM TD BANK | : |
| SAVINGS ACCOUNT NUMBER XXXXXX5294 | : |
| HELD IN THE NAME OF DENNIS J. TONDALO | : |
| AND DENNIS A. TONDALO, | : |
| | : |
| $4,916.24 SEIZED FROM TD BANK | : |
| SAVINGS ACCOUNT NUMBER XXXXX1856 | : |
| HELD IN THE NAME OF DENNIS J. TONDALO | : |
| AND DENNIS A. TONDALO, | : |
| | : |
| $4,261.75 SEIZED FROM TD BANK | : |
| SAVINGS ACCOUNT NUMBER XXXXXX7898 | : |
| HELD IN THE NAME OF DENNIS J. TONDALO | : |
| AND WANDA A. TONDALO, | : |
| | : |
| $2,158.21 SEIZED FROM TD BANK | : |
| SAVINGS ACCOUNT NUMBER XXXX1088 | : |
| HELD IN THE NAME OF DENNIS J. TONDALO | : |
| AND WANDA A. TONDALO, | : |

$2,038.82 SEIZED FROM TD BANK              :
SAVINGS ACCOUNT NUMBER XXXXXX2860 :
HELD IN THE NAME OF DENNIS J. TONDALO :
AND WANDA A. TONDALO,                     :
                                          :
$794.75 SEIZED FROM TD BANK               :
CHECKING NUMBER ACCOUNT XXXXX3946 :
HELD IN THE NAME OF DENNIS J. TONDALO :
AND WANDA A. TONDALO,                     :
                                          :
$4,859.42 SEIZED FROM TD BANK             :
IRA SAVINGS ACCOUNT NUMBER                :
XXXXXX6587 HELD IN THE NAME OF            :
DENNIS J. TONDALO,                        :
                                          :
$27,628.00 IN UNITED STATES CURRENCY,     :
                                          :
            Defendants.                   :
                                          :
[CLAIMANT:  DENNIS J. TONDALO]            :        April 13, 2015

## VERIFIED COMPLAINT OF FORFEITURE

Now comes Plaintiff, United States of America, by and through its attorneys, Deirdre M.

Daly, United States Attorney for the District of Connecticut, and David X. Sullivan, Assistant

United States Attorney, and respectfully states that:

1.    This is a civil action in rem brought to enforce the provision of 21 U.S.C. §

881(a)(6), which provides for the forfeiture of proceeds traceable to the exchange of controlled

substances in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq.

2.    This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and

1355.  Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3.    The Defendants are: $128,510.25 seized from TD Bank Savings Account Number

XXXXXX6112 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $61,594.70

seized from TD Bank Savings Account Number XXXXXX1157 held in the name of Dennis J.

Tondalo and Wanda A. Tondalo; $6,311.09 seized from TD Bank Savings Account Number XXXXXX5236 held in the name of Dennis J. Tondalo and Tina Watrous; $6,285.31 seized from TD Bank Savings Account Number XXXXXX5294 held in the name of Dennis J. Tondalo and Dennis A. Tondalo; $4,916.24 seized from TD Bank Savings Account Number XXXX1856 held in the name of Dennis J. Tondalo and Dennis A. Tondalo; $4,261.75 seized from TD Bank Savings Account Number XXXXXX7898 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $2,158.21 seized from TD Bank Savings Account Number XXXX1088 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $2,038.82 seized from TD Bank Savings Account Number XXXXXX2860 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $794.75 seized from TD Bank Checking Account Number XXXXX3946 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $4,859.42 seized from TD Bank IRA Savings Account Number XXXXXX6587 held in the name of Dennis J. Tondalo; and $27,628.00 in United States Currency ("Defendant Assets").

4.     The Defendant Assets are located within the jurisdiction of this Court.

5.     Dennis J. Tondalo has submitted administrative claims of ownership to the Defendant Assets.

## Background of Investigation

6.      In October of 2014, law enforcement received information from a confidential source ("CS") that Dennis Tondalo, of 35 Batt Lane, East Haven, Connecticut ("Tondalo") was distributing oxycodone and marijuana in and around the town of East Haven.

7.      On October 7, 2014, law enforcement met with the CS to coordinate a controlled purchase of oxycodone from Tondalo.  At a pre-arranged meeting place, law enforcement searched the CS and his/her vehicle for contraband with negative results.  The CS contacted

Tondalo on Tondalo's cell phone and arranged for the purchase of 10 oxycodone 10 milligram pills. Tondalo told the CS to meet Tondalo at his residence at 35 Batt Lane in East Haven. The CS was provided with $100 in recorded law enforcement funds to make the purchase and was outfitted with an electronic recording device. The CS departed to make the purchase as law enforcement kept the CS under constant surveillance to 35 Batt Lane. The CS was observed arriving at 35 Batt Lane and then leaving approximately ten minutes later.

8.      The CS was followed back to the pre-arranged meeting location where he/she provided law enforcement with the 10 oxycodone 10 milligram pills the CS had just purchased from Tondalo. The CS and his/her vehicle were again searched by law enforcement for contraband with negative results. During a debriefing after the purchase, the CS told law enforcement that he/she met Tondalo in the backyard of the residence before the two entered 35 Batt Lane. The CS said Tondalo went upstairs to his bedroom to retrieve the narcotics.

9.      On October 20, 2014, law enforcement met with the CS to coordinate a controlled purchase of oxycodone from Tondalo. At a pre-arranged meeting place, law enforcement searched the CS and his/her vehicle for contraband with negative results. The CS contacted Tondalo on Tondalo's cell phone and arranged for the purchase of 20 oxycodone 10 milligram pills. Tondalo told the CS to meet Tondalo at his other residence located at 59 Potter Road in North Haven, Connecticut. The CS was provided with $200 in recorded law enforcement funds to make the purchase and was outfitted with an electronic recording device. The CS departed to make the purchase as law enforcement kept the CS under constant surveillance to 59 Potter Road. The CS was observed arriving at 59 Potter Road and then leaving approximately ten minutes later.

10.    The CS was followed back to the pre-arranged meeting location where he/she provided law enforcement with the 20 oxycodone 10 milligram pills the CS had just purchased from Tondalo.   The CS and his/her vehicle were again searched by law enforcement for contraband with negative results.   During a debriefing after the purchase, the CS told law enforcement that he/she met Tondalo in the front driveway to the garage of the residence at 59 Potter Road where Tondalo provided him/her with the narcotics.   The CS told law enforcement that Tondalo said at this meeting that the classic cars he keeps in his garage are worth $350,000.

11.    On October 27, 2014, law enforcement met with the CS to coordinate a controlled purchase of oxycodone from Tondalo.   At a pre-arranged meeting place, law enforcement searched the CS and his/her vehicle for contraband with negative results.   The CS contacted Tondalo on Tondalo's cell phone and arranged for the purchase of 20 oxycodone 10 milligram pills.  Tondalo told the CS to meet Tondalo at his garage at 59 Potter Road in North Haven but to wait 30 minutes before arriving because Tondalo had to retrieve the pills from his residence at 35 Batt Lane in East Haven.   Law enforcement, which had established surveillance at 59 Potter Road, followed Tondalo from 59 Potter Road to 35 Batt Lane and back to 59 Potter Lane. Tondalo made no additional stops on the ride.   The CS was provided with $200 in recorded law enforcement funds to make the purchase and was outfitted with an electronic recording device. The CS departed to make the purchase as law enforcement kept the CS under constant surveillance to 59 Potter Road.   The CS was observed arriving at 59 Potter Road and then leaving approximately two minutes later.

12.    The CS was followed back to the pre-arranged meeting location where he/she provided law enforcement with the 20 oxycodone 10 milligram pills the CS had just purchased

5

from Tondalo.   The CS and his/her vehicle were again searched by law enforcement for contraband with negative results.

13.     On November 5, 2014, law enforcement met with the CS to coordinate a controlled purchase of oxycodone from Tondalo.   At a pre-arranged meeting place, law enforcement searched the CS and his/her vehicle for contraband with negative results.   The CS contacted Tondalo on Tondalo's cell phone and arranged for the purchase of 20 oxycodone 10 milligram pills.   Tondalo told the CS to meet Tondalo at 59 Potter Road in North Haven, Connecticut.   The CS was provided with $200 in recorded law enforcement funds to make the purchase and was outfitted with an electronic recording device.   The CS departed to make the purchase as law enforcement kept the CS under constant surveillance to 59 Potter Road.   The CS was observed arriving at 59 Potter Road and then leaving approximately five minutes later.

14.     The CS was followed back to the pre-arranged meeting location where he/she provided law enforcement with the 20 oxycodone 10 milligram pills the CS had just purchased from Tondalo.   The CS and his/her vehicle were again searched by law enforcement for contraband with negative results.   During a debriefing after the purchase, the CS told law enforcement that he/she met Tondalo in the front driveway to the garage of the residence at 59 Potter Road where Tondalo provided him/her with the narcotics.

15.     On November 13, 2014, law enforcement executed a State of Connecticut Search and Seizure Warrant on 35 Batt Lane, East Haven, Connecticut.   Dennis Tondalo was home at the time and was placed under arrest.   From 35 Batt Lane, law enforcement seized:  $27,628.00 in United States Currency; 179.44 grams of marijuana; (10) oxycodone 10 milligram pills; (10) oxycodone 5 milligram pills; (10) diazepam 10 milligram pills; (27) alprazolam 1 milligram pills; (16) endocet 10 milligram pills; a scale; smoking pipe; drug packaging materials; and bank

account information from TD Bank.  Tondalo was charged with Possession of Narcotics, Possession of Narcotics with Intent to Sell, Possession of Narcotics within 1500 Feet of a School, Possession of Less than Four ounces of Marijuana, Possession of Marijuana with Intent to Sell, Operating a Drug Factory, and Possession of Drug Paraphernalia.

16.     On November 13, 2014, law enforcement executed a State of Connecticut Search and Seizure Warrant on 59 Potter Road, North Haven, Connecticut.  Law enforcement seized two ziplock gallon sized bags containing marijuana residue.

17.     On November 13, 2014, law enforcement executed a seizure warrant for Tondalo's TD Bank accounts.  The following were seized:  $128,510.25 seized from TD Bank Savings Account Number XXXXXX6112 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $61,594.70 seized from TD Bank Savings Account Number XXXXXX1157 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $6,311.09 seized from TD Bank Savings Account Number XXXXXX5236 held in the name of Dennis J. Tondalo and Tina Watrous; $6,285.31 seized from TD Bank Savings Account Number XXXXXX5294 held in the name of Dennis J. Tondalo and Dennis A. Tondalo; $4,916.24 seized from TD Bank Savings Account Number XXXX1856 held in the name of Dennis J. Tondalo and Dennis A. Tondalo; $4,261.75 seized from TD Bank Savings Account Number XXXXXX7898 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $2,158.21 seized from TD Bank Savings Account Number XXXX1088 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $2,038.82 seized from TD Bank Savings Account Number XXXXXX2860 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $794.75 seized from TD Bank Checking Account Number XXXXX3946 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; and $4,859.42 seized from TD Bank IRA Savings Account Number XXXXXX6587 held in the name of Dennis J. Tondalo.

18.     A check with the State of Connecticut Department of Labor revealed that Dennis Tondalo has reported no income for the last 16 quarters.

19.     Based on the above information, it is believed that: $128,510.25 seized from TD Bank Savings Account Number XXXXXX6112 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $61,594.70 seized from TD Bank Savings Account Number XXXXXX1157 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $6,311.09 seized from TD Bank Savings Account Number XXXXXX5236 held in the name of Dennis J. Tondalo and Tina Watrous; $6,285.31 seized from TD Bank Savings Account Number XXXXXX5294 held in the name of Dennis J. Tondalo and Dennis A. Tondalo; $4,916.24 seized from TD Bank Savings Account Number XXXX1856 held in the name of Dennis J. Tondalo and Dennis A. Tondalo; $4,261.75 seized from TD Bank Savings Account Number XXXXXX7898 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $2,158.21 seized from TD Bank Savings Account Number XXXX1088 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $2,038.82 seized from TD Bank Savings Account Number XXXXXX2860 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $794.75 seized from TD Bank Checking Account Number XXXXX3946 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $4,859.42 seized from TD Bank IRA Savings Account Number XXXXXX6587 held in the name of Dennis J. Tondalo; and $27,628.00 in United States Currency constitute proceeds from the illegal sale and distribution of narcotics and are therefore subject to forfeiture pursuant to 21 U.S.C. Section 881(a)(6).

20.     The Defendant Assets represent proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq., and are, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that Warrants of Arrest In Rem be issued for: $128,510.25 seized from TD Bank Savings Account Number XXXXXX6112 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $61,594.70 seized from TD Bank Savings Account Number XXXXXX1157 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $6,311.09 seized from TD Bank Savings Account Number XXXXXX5236 held in the name of Dennis J. Tondalo and Tina Watrous; $6,285.31 seized from TD Bank Savings Account Number XXXXXX5294 held in the name of Dennis J. Tondalo and Dennis A. Tondalo; $4,916.24 seized from TD Bank Savings Account Number XXXX1856 held in the name of Dennis J. Tondalo and Dennis A. Tondalo; $4,261.75 seized from TD Bank Savings Account Number XXXXXX7898 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $2,158.21 seized from TD Bank Savings Account Number XXXX1088 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $2,038.82 seized from TD Bank Savings Account Number XXXXXX2860 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $794.75 seized from TD Bank Checking Account Number XXXXX3946 held in the name of Dennis J. Tondalo and Wanda A. Tondalo; $4,859.42 seized from TD Bank IRA Savings Account Number XXXXXX6587 held in the name of Dennis J. Tondalo; and $27,628.00 in United States Currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United

States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

*/s/ John B. Hughes*
JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY

*/s/ David X. Sullivan*
DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT  06510
(203) 821-3700
FEDERAL BAR # ct03793
David. Sullivan@usdoj.gov

<u>DECLARATION</u>

I am a Task Force Officer for the Drug Enforcement Administration, and the agent assigned the responsibility for this case.

I have reviewed the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of April, 2015.


   */s/ Jeffrey E. Vailette*
JEFFREY E. VAILETTE
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION